Andrew BESTOR, Appellant,

v.

Joseph LIEBERMAN, et al., Appellees.

No. 03–5295.

United States Court of Appeals,
District of Columbia Circuit.

March 19, 2004.

Andrew Bestor, Washington, DC, for Plaintiff–Appellant.

R. Craig Lawrence, Assistant U.S. Attorney, Roscoe Conklin Howard, Jr., U.S. Attorney, Paul A. Mussenden, U.S. Attorney's Office, Washington, DC, for Defendants–Appellees.

Before: GINSBURG, Chief Judge, and SENTELLE and GARLAND, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs filed by the parties. It is

ORDERED AND ADJUDGED that the appeal be dismissed for lack of jurisdiction. The district court's reassignment of appellant's civil action is not a final decision of the district court appealable under 28 U.S.C. § 1291.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.